United States Bankruptcy Court
District of Oregon

In re:
Sequoia Partners, LLC
    Debtor

Case No. 10-67547-fra
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0979-6  User: kimw  Page 1 of 1  Date Rcvd: Jul 01, 2011
Form ID: trc  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2011.
99312958    +Carling of America, Ltd.,   c/o Coers Mitchell Law LLC,   2100 NE Broadway, Suite 309,
    Portland, OR 97232-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2011**          **Signature:** _Joseph Speetjens_

**210B (12/09**)

# United States Bankruptcy Court

District of Oregon
Case No. 10-67547-fra11
Chapter 11

In re: Debtor(s) (including Name and Address)

Sequoia Partners, LLC
7000 Monument Drive
Grants Pass OR 97526

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/01/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 73: Carling of America, Ltd., c/o Coers Mitchell Law LLC, 2100 NE Broadway, Suite 309, Portland, OR 97232 | O&J Landscape Construction Inc.<br>c/o R. Gibson Masters<br>K&L Gates LLP<br>222 SW Columbia St., Ste 1400<br>Portland, OR  97201 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/03/11

Charlene M. Hiss
**CLERK OF THE COURT**